# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                           Plaintiff,<br><br>v.<br><br>COVIUS SERVICES, LLC,<br><br>                           Defendant. | Case No.  2:23-CV-0186-TOR<br><br>**CIVIL MINUTES**<br><br>DATE:  1/23/2025<br><br>LOCATION:  Spokane<br><br>**JURY TRIAL – DAY THREE** |

**JUDGE THOMAS O. RICE**

| Linda Hansen | LC 01 | | Allison Anderson |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Amos Blackman / Gregory Hitzel | | Suzanne Michael / Jeremy Wood | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

[ X ] Open Court          [  ] Chambers          [  ] Telephonic

**8:00 am**   **All parties present**
               **w/o Jury**

Amos Blackman addressed the Court regarding logistical issues relating to evidence regarding injunctive relief.

The Court will exclude Ms. Ebert's subsequent medical information and will allow the shorter video testimony of Dr. Takisaki.

**8:05 a.m.**   **Jury brought into open court**
**All parties present**
**w/Jury**

> **Anne Thom resumed the stand, previously sworn to testify.**
>
> Continued direct examination by Amos Blackman.
>
> Exhibits 4, 34, 35, 53, 50, 55, 87 discussed with the witness.

    8:53 am    Cross examination by Jeremy Wood.

              Exhibits 22, 4, 73, 8, 78, 79 discussed with the witness.

Witness steps down.

**Recessed:**        9:24 am
**Reconvened:**    9:37 am
**All parties present**
**w/Jury**

              **Kelli Ebert sworn to testify.**

              Direct examination by Gregory Hitzel.

              Exhibits 7, 58, 10, 12, 28 discussed with the witness.

**Recessed:**       10:47 am
**Reconvened:**    11:00 am
**All parties present**
**w/Jury**

              **Kelli Ebert resumed the stand, previously sworn to testify.**

              Direct examination by Gregory Hitzel.

              Exhibit 37, 74, 77, 76 discussed with the witness.

              Gregory Hitzel moved for the admission of Plaintiff's Identification 74 (Collection of Alorica Emails).
              No objection by Defendant.
              **Court: Plaintiff's Exhibit 74 is Admitted and published to the jury.**

    11:16 am    Cross examination by Suzanne Michael.

              Exhibits 7, 74, 10, 13 discussed with the witness.

              Suzanne Michael moved for the admission of Plaintiff's Identification 13 (2/29/2020 - Facebook Comment re Unemployment (redacted)).
              Objection by Plaintiff.
              **Court: Plaintiff's Exhibit 13 is admitted and published to the Jury.**

**Recessed:**       12:00 pm
**Reconvened:**    1:00 pm
**All parties present**
**w/Jury**

**Kelli Ebert resumed the stand, previously sworn to testify.**

Continued cross examination by Suzanne Michael.

Exhibits 29, 58 discussed with the witness.

1:21 pm    Redirect by Gregory Hitzel.

Witness steps down.

The Court admonished the Jury regarding testimony presented via deposition testimony.

1:26 pm    **Testimony of Bryan Takisaki, DO is presented via video deposition testimony.**

**Plaintiff rested.**

3:00 pm    Jury excused from open court.
**All parties present w/o Jury**

Defendant's Motion to Strike Exhibit and Related Testimony, ECF No. 108, was discussed by the Court and counsel. Plaintiff's attorneys Daniel Lee and Amos Blackman presented argument in opposition.

The Court questioned Mr. Blackman regarding evidence that the Defendant did not hire the Plaintiff because of her disability.

Ms. Michael addressed the Court in support of Defendant's motion to dismiss.

Mr. Blackman presented argument.

The Court GRANTED the motion to strike and DISMISSED the case.

**Adjourned:   3:15 pm**

| CONVENED: | 8:00 AM | RECESSED: | 9:24 AM | TIME: 1 HR / 24 MINS | TOTAL: 5 HRS /49 MINS |
|---|---|---|---|---|---|
| RECONVENED: | 9:37 AM | RECESSED: | 10:47 AM | 1 HR / 10 MINS | |
| RECONVENED: | 11:00 AM | RECESSED: | 12:00 PM | 1 HR | |
| RECONVENED: | 1:00 PM | ADJOURNED: | 3:15 PM | 2 HRS / 15 MINS | |